IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BENJAMIN MENESES III,<br><br>　　　　　　　Defendant. | Case No. 3:06-cr-00089-RRB<br><br>**ORDER DISMISSING PETITION<br>WITHOUT PREJUDICE** |

Having considered the motion filed by the United States;

IT IS HEREBY ORDERED that the Petition to Revoke Supervised Release is dismissed without prejudice.

IT IS SO ORDERED this 8th day of September, 2023, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　*/s/ Ralph R. Beistline*
　　　　　　　　　　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　Senior United States District Judge